PATRICK E. HIGGINBOTHAM,
Circuit Judge, concurring:
I concur for the reasons stated by the panel opinion and the thoughtful opinions of the district court. I agree that the Louisiana Statute discriminates against foreign commerce. As was the district court, however, I am persuaded that the preferable approach is to draw upon preemption doctrine. The commerce power hardly lies dormant here. Congress has set down a detailed regulatory scheme addressing the subject of misleading descriptions of the family relationships of catfish and how this kinship is to be described in their sale. The arguments in this case supporting a finding of discrimination against foreign commerce and the justifications for its heightened review rest upon the dominance of federal power in matters of relations with foreign countries not on maintenance of a national economy by the quelling of sibling efforts to gain commercial advantage over sister states.